| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Trenga, Anthony J. | 2. Court or Organization<br><br>U.S. District Court, ED VA | 3. Date of Report<br><br>05/13/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>      magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination       Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>401 Courthouse Square<br>Alexandria, VA 22314 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 1998 | Miller & Chevalier Retirement Plan, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Potomac Sailmakers, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The American College of Trial Lawyers | October 18-21, 2012 | New York, NY | 2012 Annual Meeting | Registration Fee |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #2 (IRA) | | | | | | | | | |
| 2. -Vanguard Prime Money Market Fund (VMMXX) | A | Interest | J | T | | | | | |
| 3. -ARE.C preferred stock | B | Dividend | | | Sold | 04/13/12 | K | | |
| 4. -ABW.A preferred stock | B | Dividend | | | Sold (part) | 06/15/12 | J | | |
| 5. | | | | | Sold | 10/01/12 | J | | |
| 6. -CBL.C preferred stock | A | Dividend | | | Sold | 11/05/12 | K | | |
| 7. -OFG.G preferred stock | A | Dividend | | | Sold | 08/06/12 | J | | |
| 8. -GOODO preferred stock | B | Dividend | K | T | | | | | |
| 9. -PRE.C preferred stock | A | Dividend | K | T | | | | | |
| 10. -Constltn Brds taxable bond | B | Interest | K | T | | | | | |
| 11. -Dayton Hudson taxable bond | B | Interest | | | Redeemed | 01/17/12 | K | | |
| 12. -Elec Data Stp taxable bond | B | Interest | K | T | | | | | |
| 13. -One Beacon US Holdings Taxable Note | B | Interest | | | Redeemed | 12/10/12 | K | | |
| 14. -Markel Corp taxable bond | B | Interest | K | T | | | | | |
| 15. -Morgan Comdts taxable bond | | None | | | Redeemed | 12/07/12 | K | | |
| 16. -Nabisco Inc taxable bond 6 | B | Interest | K | T | | | | | |
| 17. -Nextel Commu taxable bond | B | Interest | | | Redeemed (part) | 06/18/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed | 08/24/12 | J | | |
| 19. -SLM Corp Var taxable bond | | None | K | T | | | | | |
| 20. -Verizon Vir taxable bond | A | Interest | | | Sold | 12/10/12 | K | A | |
| 21. -Amer Express | B | Interest | K | T | | | | | |
| 22. -Altria Group | B | Interest | K | T | | | | | |
| 23. -Hasbro Inc. | B | Interest | K | T | | | | | |
| 24. -Aetna Inc. | B | Interest | K | T | | | | | |
| 25. -Yum Brands | A | Interest | J | T | | | | | |
| 26. -Dominion Res | B | Interest | K | T | | | | | |
| 27. -Waste Mgmt | B | Interest | | | Redeemed | 11/15/12 | K | | |
| 28. -Wells Fargo | | None | | | Sold | 05/17/12 | K | C | |
| 29. -Waste Mgmt | A | Interest | K | T | | | | | |
| 30. -ConocoPhllps | B | Interest | | | Sold | 11/28/12 | K | C | |
| 31. -Midamerican Energy Note | B | Interest | K | T | | | | | |
| 32. -Consolidated Natural Gas Note | A | Interest | J | T | | | | | |
| 33. -Deere John Capital Corp. Note | B | Interest | | | Sold | 11/28/12 | K | D | |
| 34. -VODA Phone GPP ) (Taxable Bond) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Express Scripps ) (Taxable Bond) | A | Interest | | | Redeemed | 06/15/12 | K | | |
| 36. -First Energy (Taxable Bond) | A | Interest | K | T | | | | | |
| 37. -Telephonica (Taxable Bond) | A | Interest | K | T | | | | | |
| 38. -Dow Chemical (Taxable Bond) | A | Interest | J | T | | | | | |
| 39. General Money Market Deposit from a Qualified Plan | A | Interest | N | T | | | | | |
| 40. -Direct TV (Taxable Bond) | A | Interest | | | Redeemed | 05/15/12 | K | | |
| 41. -Altria (Taxable Bond) | A | Interest | K | T | | | | | |
| 42. -Toyota ) (Taxable Bond) | A | Interest | K | T | | | | | |
| 43. -Citigroup (Taxable Bond) | A | Interest | K | T | | | | | |
| 44. -Autozone (Taxable Bond) | A | Interest | | | Redeemed | 10/15/12 | K | | |
| 45. -PPL | A | Dividend | K | T | | | | | |
| 46. -GEEC Intrnts (Taxable Bond) | A | Interest | K | T | | | | | |
| 47. -GTE Corp (Taxable Bond) | A | Interest | K | T | | | | | |
| 48. -Pitney Bowes (Taxable Bond) | A | Interest | K | T | | | | | |
| 49. -FAX (Aberdeen Asia Pacitic Income Fund) | B | Dividend | K | T | | | | | |
| 50. -INTC | B | Dividend | K | T | Buy | 12/07/12 | K | | |
| 51. -ETFS Gold Trust (SGOL) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Kroger (KR) | A | Dividend | L | T | | | | | |
| 53. -Microsoft (MSFT) | A | Dividend | K | T | Sold (part) | 02/10/12 | K | D | |
| 54. | | | | | Buy | 12/15/12 | K | | |
| 55. -Pepsico (PEP) | A | Dividend | K | T | | | | | |
| 56. -Pfizer (PFE) | B | Dividend | K | T | Sold (part) | 09/26/12 | K | D | |
| 57. -Walmart (WMT) | A | Dividend | | | Sold (part) | 07/12/12 | L | C | |
| 58. | | | | | Sold | 08/15/12 | L | C | |
| 59. -Central Fund of Canada (CEF) | A | Dividend | J | T | | | | | |
| 60. -RWX (SPRD DJ INT) | B | Dividend | | | Sold | 12/14/12 | K | D | |
| 61. -DXJ (Wisdom Tree Japan) | A | Dividend | K | T | | | | | |
| 62. -HSBC Taxable Bond | B | Interest | K | T | | | | | |
| 63. -Van Kampen Unit Trust | B | Interest | K | T | | | | | |
| 64. -Van Kampen Unit Trust ) | B | Interest | K | T | | | | | |
| 65. -SPDR Barclay Cap High Yield (JNK) | C | Interest | K | T | | | | | |
| 66. -Target Corp. | A | Dividend | | | Buy | 01/13/12 | K | | |
| 67. | | | | | Sold | 04/10/12 | L | D | |
| 68. -ISHS MSLI ASTRLIA | A | Dividend | | | Buy | 01/27/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 09/04/12 | K | | |
| 70.  -Intel (INTC) | B | Dividend | K | T | Buy | 12/07/12 | K | | |
| 71.  -ISHARES Barclays MBS Bond ETF (MBB) | A | Dividend | K | T | Buy | 12/31/12 | K | | |
| 72.  -Aetna, Inc. (AET) | A | Dividend | K | T | Buy | 09/20/12 | K | | |
| 73.  -Barrick Gold (ABX) | A | Dividend | K | T | Buy | 08/17/12 | K | | |
| 74.  -Deere & Co. (DE) | A | Dividend | K | T | Buy | 09/20/12 | K | | |
| 75.  -McDonalds Corp. (MCD) | A | Dividend | J | T | Buy | 06/25/12 | J | | |
| 76.  -Norfolk Southern Corp. (NSC) | A | Dividend | K | T | Buy | 06/01/12 | K | | |
| 77.  -Republic Services (RSG) | A | Dividend | K | T | Buy | 01/18/12 | K | | |
| 78.  -VODA Phone Goup PLC (VOD) | A | Dividend | K | T | Buy | 09/21/12 | K | | |
| 79.  -Walter Energy (WLT) | A | Dividend | K | T | Buy | 11/27/12 | K | | |
| 80.  -Vanguard MSCI Emerging Markets ETF (VWO) | A | Dividend | J | T | Buy | 06/19/12 | J | | |
| 81.  -Stanley Black&Decker (SWJ) | B | Dividend | K | T | Buy | 08/15/12 | K | | |
| 82.  -Global Bond Income▮▮▮ | B | Dividend | K | T | Buy | 03/15/12 | K | | |
| 83.  Brokerage Account #3 (IRA) | | | | | | | | | |
| 84.  -Money Market (Robert W. Baird & Co.) | A | Interest | J | T | | | | | |
| 85.  -BGR stock | A | Dividend | | | Sold | 02/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -BALCX mutual fund | A | Dividend | | | Sold | 02/09/12 | J | A | |
| 87. -WSHCX mutual fund | A | Dividend | J | T | | | | | |
| 88. -Cptl Wrld Grwth & Incm C CWGCX | A | Dividend | | | Sold | 02/09/12 | J | A | |
| 89. -First Eagle Global C FESGX | A | Dividend | J | T | | | | | |
| 90. -Pimco Total Return C PTTCX | A | Dividend | J | T | | | | | |
| 91. -PTTCX (PIMCO Total Return GL C) | A | Dividend | J | T | Buy | 02/09/12 | J | | |
| 92. -PTLCX (PIMCO Low Duration CL C) | A | Dividend | J | T | Buy | 02/09/12 | J | | |
| 93. Brokerage Account #4 | | | | | | | | | |
| 94. -Money Market (Robert W. Baird & Company) | A | Interest | J | T | | | | | |
| 95. -Wells Fargo BK░░░░ | | None | K | T | | | | | |
| 96. -Central Fund of Canada (CEF) | A | Dividend | K | T | | | | | |
| 97. -Suntrust Bank░░░░ | | None | | | Redeemed | 09/18/12 | K | | |
| 98. -AT&T (T) | C | Dividend | J | T | Sold (part) | 07/12/12 | K | D | |
| 99. | | | | | Sold (part) | 10/09/12 | J | C | |
| 100. -Walmart (WMT) | A | Dividend | | | Sold (part) | 07/02/12 | K | C | |
| 101. | | | | | Sold | 08/15/12 | L | D | |
| 102. ░░░░ (NYC NY Tax Exempt Bond) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -BRKZB common stock | | None | K | T | | | | | |
| 104. -KO | B | Dividend | | | Sold | 02/06/12 | K | D | |
| 105. -GE common stock | B | Dividend | K | T | | | | | |
| 106. -JNJ common stock | B | Dividend | L | T | | | | | |
| 107. -MSFT common stock | A | Dividend | L | T | Sold (part) | 02/10/12 | L | B | |
| 108. -PG common stock | B | Dividend | | | Sold (part) | 01/10/12 | K | D | |
| 109. | | | | | Sold | 03/19/12 | O | B | |
| 110. -First Eagle Global Fund A, _____, SGENX | A | Dividend | K | T | | | | | |
| 111. -Fairfax, VA (Non-Taxable Bond) | A | Interest | K | T | | | | | |
| 112. -Century Link, Inc. (CTL) | C | Dividend | K | T | | | | | |
| 113. -Fairfax, VA (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 114. -BOA CPI (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 115. -Fairfax, VA (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 116. -ISHRS Gold Trust ETF (SGOL, Previously Listed as IAW) | | None | K | T | | | | | |
| 117. -Fort Bend, TX _____ previously _____ Tax Exempt Bond | A | Interest | K | T | | | | | |
| 118. -Danville, VA (Tax Exempt Bond) | A | Interest | K | T | | | | | |
| 119. -Fairfax, VA (Tax Exempt Bond) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -NUV (Nuveen Municipal Value Fund) | A | Dividend | K | T | | | | | |
| 121. -Abbott Laboratories | A | Interest | | | Sold | 03/15/12 | L | D | |
| 122. -China Mobile (CHL) | B | Dividend | | | Sold | 05/22/12 | L | C | |
| 123. -Exxon (XOM) | B | Dividend | L | T | | | | | |
| 124. -Merck (MRK) | B | Dividend | | | Sold | 12/20/12 | K | D | |
| 125. -Pepsico (PEP) | B | Dividend | K | T | | | | | |
| 126. -Sysco (SYY) | B | Dividend | | | Sold | 12/04/12 | L | D | |
| 127. -ALPS ETF (AMLP) | A | Dividend | K | T | | | | | |
| 128. -Darden Restaurants | A | Dividend | | | Buy | 07/25/12 | K | | |
| 129. | | | | | Sold | 09/23/12 | L | A | |
| 130. -Novartis (NVS) | A | Dividend | K | T | Buy | 05/10/12 | K | | |
| 131. -Vodafone Group PLC (VOD) | B | Dividend | K | T | Buy | 11/14/12 | K | | |
| 132. -VA. ST. CLLG (Tax Exempt) | A | Interest | K | T | Buy | 12/13/12 | K | | |
| 133. UBS Account #2 | | | | | | | | | |
| 134. -Money market acct. (UBS) | A | Dividend | J | T | | | | | |
| 135. -Am. Funds Cap Income Building Fund CL A Mutual Fund | | None | J | T | | | | | |
| 136. -Putnam New Opportunity Fund CL A Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Pace Large Co. Value Equity Investment Fund CL A | A | Dividend | J | T | | | | | |
| 138. Brokerage Account #6 | | | | | | | | | |
| 139. -Morgan Stanley US Gov't Sec TR B Mutual Fund (USGBX) | A | Dividend | J | T | | | | | |
| 140. Janus7 Fund (JANSX) | A | Dividend | J | T | | | | | |
| 141. IBM common stock | A | Dividend | J | T | | | | | |
| 142. Dominion Resources Inc. common stock | B | Dividend | K | T | | | | | |
| 143. Navy Federal Credit Union (IRA #1) (CD) | A | Interest | J | T | | | | | |
| 144. Navy Federal Credit Union (IRA #2) (CD) | A | Interest | J | T | | | | | |
| 145. Navy Federal Credit Union (IRA #3) (CD) | A | Interest | J | T | | | | | |
| 146. Navy Federal Credit Union CD | B | Interest | M | T | | | | | |
| 147. Navy Federal Credit Union Accounts | B | Interest | K | T | | | | | |
| 148. Burke and Herbert Bank Account | A | Interest | J | T | | | | | |
| 149. Wachovia Bank Accounts | B | Interest | K | T | | | | | |
| 150. Northwestern Mutual Joint Complife Insurance Policy | E | Dividend | N | T | | | | | |
| 151. SFT Holdings LLC Stock | | None | J | U | | | | | |
| 152. USAA S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 153. Robert W. Baird & Co. checking and cash management accounts | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. DRYFUSS money market accounts GGM       & GMA | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

UBS Account #3, listed at lines 147 and 148 on the 2011 Report, was transferred before 2011 to Brokerage Account #3.

Reliastar Life SEC DES II 08/2000 Nationwide, listed on line 162 on the 2011 Report, was surrendered before 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Anthony J. Trenga**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544